### No. 09-11073. Tsegaye D. Takele, Petitioner v. The Mayo Clinic.

562 U.S. 956, 131 S. Ct. 396, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7645.

October 4, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1036, 130 S. Ct. 3530, 177 L. Ed. 2d 1110, 2010 U.S. LEXIS 5341.

### No. D-2468. In the Matter of Disbarment of Peter Paul Mitrano.

562 U.S. 808, 131 S. Ct. 396, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7854.

October 4, 2010. Disbarment entered.

Former order, 559 U.S. 1002, 130 S. Ct. 1948, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2345.

### No. D-2469. In the Matter of Disbarment of Ralph T. Byrd.

562 U.S. 808, 131 S. Ct. 396, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7518.

October 4, 2010. Disbarment entered.

Former order, 560 U.S. 963, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4749.

### No. D-2487. In the Matter of Disbarment of Paul W. Bergrin.

562 U.S. 808, 131 S. Ct. 396, 178 L. Ed. 2d 262, 2010 U.S. LEXIS 7566.

October 4, 2010. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5621.